AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Oct 7 2019
Clerk, U.S. District Court
Western District of Texas

By: _____ Deputy

**USA**

vs.

**(1) LINO CASTRO-PERALES**

§
§  CRIMINAL COMPLAINT
§  CASE NUMBER: **EP:19-M -08783(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 06, 2019** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **BORDER PATROL AGENT** and that this complaint is based on the following facts: **" The DEFENDANT, Lino CASTRO-Perales, an alien to the United States and a citizen of Mexico was found attempting to conceal himself under a mesquite bush near I-10 approximately 6.6 miles west of the Fort Hancock Port of Entry in Fort "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
MALDONADO, CHRISTIAN
BORDER PATROL AGENT

October 7, 2019
File Date

at  EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
OATH TELEPHONICALLY SWORN
AT 1:01 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)

CONTINUATION OF CRIMINAL COMPLAINT - **EP:19-M -08783(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) LINO CASTRO-PERALES**

*FACTS (CONTINUED)*

Hancock, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. Defendant has been previously removed from the United States to Mexico on August 29, 2019 through Laredo, Tx. Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:

The DEFENDANT has been removed once, the last one being to MEXICO on August 29, 2019, through LAREDO, TX

CRIMINAL HISTORY:

05/27/2018, Weatherford, TX, Fraud Use/ Poss Identifying Info(F), CNV, 6 Mon. Confinement.
05/27/2018, Weatherford, TX, Poss CS PG 1 & lt; 1G(F), CNV, 6 Mon. Confinement.
05/27/2018, Weatherford, TX, DWI(M), CNV, 90 Days Confinement.
09/11/2018, Parker County, TX, Burgalry of Habitation(F), CNV, 2 Years Confinement.
09/12/2018, Parker County, TX, Stalking(F), DRP, Prosecutor has rejected the charge.